```
                    IN THE UNITED STATES BANKRUPTCY COURT
                    FOR THE NORTHERN DISTRICT OF ILLINOIS
                               EASTERN DIVISION

IN RE: DANIEL J. & KORI BETH GRAM-SPRINGER   )
       AKA KORI B. SPRINGER                  )
                                             )
BAC HOME LOANS SERVICING, L.P. FKA           )
COUNTRYWIDE HOME LOANS SERVICING, L.P.,      )
              Creditor,                      )
      vs.                                    ) CASE NO. 08B08368
                                             ) JUDGE JACK B. SCHMETTERER
DANIEL J. & KORI BETH GRAM-SPRINGER AKA      )
KORI B. SPRINGER,           Debtor           )
```

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P., by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the May 2009 contractual payment and all those thereafter.

2. The following is an itemization of fees and costs due on the loan as of May 5, 2009.

    a. Attorney's Fees          $250.00
       Total                    $250.00

If no challenge to foregoing is made by motion filed with the court and served on the undersigned an the trustee within thirty days of this notice, BAC Home Loans Servicing, L.P. fka Countrywide Home Loans Servicing, L.P. rights to collect these amounts will remain unaffected.

> Respectfully Submitted,
> BAC Home Loans Servicing, L.P. fka
> Countrywide Home Loans Servicing, L.P.
>
> /s/A. Stewart Chapman
> A. Stewart Chapman
> ARDC#6255733
>
> Pierce and Associates, P.C.
> 1 North Dearborn Street, Ste. 1300
> Chicago, Illinois 60602
> (312)346-9088